# Exhibit 11

**AFFIDAVIT OF MARK WEINBERGER**

STATE OF PENNSYLVANIA )
)
COUNTY OF Bucks )

I, Mark Weinberger, being duly sworn, deposes and states as follows:

1. I am former employee of E.S.I. Cases and Accessories ("ESI").

2. My job title was Executive Vice President and Vice President of Licensing and Business Development.

3. I had a multi-year employment agreement with ESI that was scheduled to expire in 2021. On April 30, 2019, I provided ESI with notice of my resignation. Pursuant to my employment agreement, my resignation was intended to be effective October 30, 2019. On September 24, I received notice from ESI that my resignation was effective September 24, 2019.

4. I do not have personal knowledge of which salespeople worked on which accounts. Elliot Azoulay determined which salespeople worked on which accounts. However, I am aware that Steven Naing and Aselya Nurman, two employees in the Accounts Payable department, were responsible for creating commission reports that reflected all sales made by ESI salespeople. Between June 2017 – January 2018 either Mr. Naing or Ms. Nurman would have created commission that reflected all sales.

5. As the Executive Vice President and Vice President of Licensing and Business Development, I observed Eric Goss's job performance.

6. Throughout Mr. Goss's employment at ESI, I believed that Mr. Goss was performing well at ESI.

7. I never heard any ESI employee or customer complain about Mr. Goss's performance at ESI.

8. Mr. Goss did everything ESI asked him to do and did it without issue or conflict.

9. I often worked out of my home office in Pennsylvania, although I occasionally traveled to New York to work out of ESI's New York office. When I worked in ESI's New York office, I would work in the conference room.

10. If Mr. Goss and I were both in the ESI New York office on the same day, we both worked in ESI's conference room. On approximately 5-8 separate days, I shared ESI's conference room with Mr. Goss.

11. Every time I shared the ESI conference room with Mr. Goss, I observed Mr. Goss working on ESI matters. Based on my observations, Mr. Goss was working on ESI business the entire time he was in the New York office.

12. At no time did I see Mr. Goss do work for any company other than ESI.

13. At no time did I observe Mr. Goss take a lunch break over thirty minutes.

14. From June 19, 2017 – January 15, 2018, I had no reason to believe that Mr. Goss was working for any company other than ESI.

15. When I learned that ESI terminated Mr. Goss's employment, I was very surprised.

16. I discussed Mr. Goss's termination with some of my coworkers, and they also seemed surprised that Mr. Goss had been terminated.

17. At the time of Mr. Goss's termination, no one at ESI provided me with a reason for his termination.

[signature]
Mark Weinberger

Sworn to before me this
25th day of September, 2019

[signature]
Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
Stuart Alexander, Notary Public
Yardley Borough, Bucks County
My Commission Expires October 16, 2021