**AFFIDAVIT OF MARK WEINBERGER**

COMMONWEALTH OF PENNSYLVANIA)
)
COUNTY OF BUCKS )

I, Mark Weinberger, being duly sworn, deposes and states as follows:

1. I am the former Executive Vice President and Vice President of Licensing and Business Development of E.S.I. Cases and Accessories ("ESI"). I was employed with ESI in this capacity during the entire duration of Eric Goss's employment with ESI.

2. I have known Eric Goss for over 25 years and consider Mr. Goss to be a personal friend.

3. I did not participate in the negotiation of Mr. Goss's terms of employment with ESI and I have no knowledge of the terms of Mr. Goss's employment agreement with ESI.

4. While we were both employed by ESI, Mr. Goss did not report to me and I was not responsible for supervising or evaluating Mr. Goss's performance.

5. Aside from my personal compensation, I have no knowledge of any compensation (commissions or otherwise) paid by ESI to any of its employees, including Mr. Goss.

6. During Mr. Goss's employment with ESI, I had no reason to have any discussions with Mr. Goss concerning any outside business and I did not ask Mr. Goss if he was involved with any business other than ESI.

7. I was only in ESI's New York office approximately 5 – 8 times while Mr. Goss was also present.

8. I have no knowledge of the reasons or events that caused ESI to terminate Mr. Goss.

Dated: February 28, 2020

Mark Weinberger

Sworn to before me this

28 day of February, 2020

NOTARY PUBLIC

Commonwealth of Pennsylvania
NOTARIAL SEAL
Raymond Cummings, Notary Public
Newtown Township, Bucks County
My Commission Expires January 24, 2021