UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ERIC GOSS,

                      Plaintiff

-against-

E.S.I. CASES & ACCESSORIES, INC. et al.,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 2159 (GBD) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 3 1 2020

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 oral argument is adjourned to August 6, 2020 at 10:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge