UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ERIC GOSS,

                       Plaintiff,

  -against-

E.S.I. CASES & ACCESSORIES, INC.,

                      Defendant.

------------------------------------- X

ORDER

18 Civ. 2159 (GBD) (JLC)

GEORGE B. DANIELS, District Judge:

    A pretrial conference is scheduled for September 24, 2020 at 9:45 a.m.

Dated: August 13, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE