UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ERIC GOSS,

                          Plaintiff,

    -against-

E.S.I. CASES & ACCESSORIES, INC.,

                         Defendant.

------------------------------------- X

ORDER

18 Civ. 2159 (GBD) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 7 2020

GEORGE B. DANIELS, District Judge:

    The September 24, 2020 pretrial conference is adjourned to November 12, 2020 at 9:45 a.m.

Dated: September 17, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE