**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC GOSS,

                  Plaintiff,                              18 **CIVIL** 2159 (GBD)

        -against-                                  **JUDGMENT**

E.S.I. CASES & ACCESSORIES, INC.,
                            Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2020, Plaintiff's motion for summary judgment to dismiss Defendant's counterclaims, (ECF No.91) is granted; Defendant's motion for summary judgment to dismiss Plaintiff's claim for breach of contract, (ECF No.93) is granted; Defendant's motion for summary judgment in its favor on its counter claims for breach of fiduciary duty and aiding and abetting breach of fiduciary duty are denied.

**Dated:**  New York, New York
           September 30, 2020

                                                    **RUBY J. KRAJICK**
                                               _____
                                                      **Clerk of Court**
                                     **BY:**
                                                      **Deputy Clerk**